# CHARLESTON.

SAMUEL SAFFEL *v.* THOMAS E. WOODYARD.

Submitted April 4, 1922.    Decided April 11, 1922.

1. APPEAL AND ERROR—*Appendable Orders and Decrees are Not Reviewable by Certificate.*

   Appealable judgments, orders and decrees are not reviewable by certificate, under the provisions of sec. 1, ch. 135, Code. (p. 747).

2. SAME—*Order Sustaining Demurrer to Two Counts of Declaration and Overruling it as to the Other, Held a Final Judgment and Not Reviewable by Certificate.*

   An order sustaining a demurrer to two counts of a declaration containing three, overruling it as to the other one and then saying: "And the plaintiff not desiring to amend his declaration any further, it is ordered that the same be dismissed and the defendant shall recover of and from the plaintiff his costs herein;" records a final judgment, wherefore the rulings upon the demurrer are not reviewable by certificate. (p. 747).

Case Certified from Circuit Court, Taylor County.

Action by Samuel Saffel against Thomas E. Woodyard. Certified for review of an order sustaining a demurrer to special counts and dismissing the action.

*Dismissed for want of jurisdiction.*

*J. Guy Allender,* for plaintiff.

POFFENBARGER, PRESIDENT:

The certificate in this case, by which review of the decision of the court below upon a demurrer to a declaration in an action of assumpsit to recover a proportionate part of the cost of construction of a line fence between the lands of coterminous owners, consisting of three counts, two special and the other common, must be dismissed as having been improvidently sent up and docketed.

After sustaining the demurrer as to the special counts, the order dismissed the action.    Its conclusion reads: "And

the plaintiff not desiring to amend his declaration any further, it is ordered that the same be dismissed and the defendant shall recover of and from the plaintiff his costs herein.'' In our opinion, this is a final judgment of dismissal and, therefore, is reviewable only by writ of error. Appealable judgments, orders and decrees cannot be certified for review. *Pittsburgh and W. Va. Gas Co.* v. *Shreve,* 90 W. Va. 277; *Heater* v. *Lloyd,* 85 W. Va. 570.

*Dismissed for want of jurisdiction.*